HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

548 Market Street, Suite 38822
San Francisco, California 94104-5401
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444
Email: hps@sackettlaw.com

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA E. GROSS,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,[1]<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:21-cv-0324 AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a fourteen (14) day extension of time until November 19, 2021, in which to e-file her Motion for Summary Judgment which is due on November 5, 2021.  Defendant shall file any opposition, including cross-motion, on or before January 3, 2022.  This extension is

---

[1]  Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021.  Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure Kilolo Kijakazi should be substituted, therefore, for Commissioner Andrew Saul as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

STIPULATION AND ORDER

necessitated due to the number of cases Plaintiff's counsel must brief for this court and the Ninth Circuit Court of Appeals. Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

Dated:   November 2, 2021        /s/HARVEY P. SACKETT
                                 HARVEY P. SACKETT
                                 Attorney for Plaintiff
                                 LAURA E. GROSS

Dated:   November 2, 2021        /s/LINDA H. GREEN
                                 LINDA H. GREEN
                                 Special Assistant U.S. Attorney
                                 Social Security Administration
                                 [*As authorized by email 11/2/21]

IT IS ORDERED.

Dated: November 3, 2021          _____
                                 ALLISON CLAIRE
                                 UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER